# Court of Appeals
# of the State of Georgia

ATLANTA,___June 17, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A0483. HOSPITAL AUTHORITY OF VALDOSTA AND LOWNDES COUNTY, GEORGIA d/b/a SOUTH GEORGIA MEDICAL CENTER v. CORBITT.**

The Hospital Authority of Valdosta and Lowndes County, Georgia d/b/a South Georgia Medical Center (collectively, Hospital Authority) filed an application for interlocutory review of the trial court's order denying the Hospital Authority's motion for summary judgment in this premises liability action brought by Mark Corbitt, M. D. We granted the Hospital Authority's application without the benefit of the full appellate record. Because the record supports the order of the court below, we conclude that the application for interlocutory appeal was improvidently granted.

Accordingly, the order granting the application is vacated, and the appeal is hereby DISMISSED. See, e.g., *Killian v. State*, 315 Ga. App. 731, 732 (728 SE2d 258) (2012); *Mosely v. Ga. Peace Officer &c.*, 217 Ga. App. 798 (458 SE2d 503) (1995).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/17/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*